UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>           Plaintiff,<br><br>      v.<br><br>H. TATE; M. TOSCANO,<br><br>           Defendants. | Case No. 1:19-cv-00843-AWI-JLT (PC)<br><br>**ORDER LIFTING STAY** |

On April 14, 2020, the Court issued an order staying this case and referring it to Alternative Dispute Resolution (ADR). (Doc. 20.) Defendants filed a notice opting out of ADR on May 26, 2020. (Doc. 25.) Accordingly, the Court ORDERS:

1.  The stay is LIFTED; and,

2.  The Clerk of the Court is DIRECTED to issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **May 27, 2020**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE