UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>         Plaintiff,<br><br>    v.<br><br>H. TATE; M. TOSCANO,<br><br>         Defendants. | Case No. 1:19-cv-00843-AWI-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S "MOTION FOR DISCOVERY"**<br><br>(Doc. 29) |

On June 22, 2020, Plaintiff filed a "motion for discovery." (Doc. 29.) Plaintiff requests that the Court "grant this motion so that [he] can get … documents to back up [his] claims." To the extent that Plaintiff seeks permission to serve discovery requests on Defendants, the Court disregards the motion as unnecessary. The Court has already opened discovery in this case, and discovery may proceed as instructed in the Court's Discovery and Scheduling Order (Doc. 27). To the extent that Plaintiff requests that the Court conduct discovery on his behalf, the Court denies the motion. As explained in the Discovery and Scheduling Order, discovery requests—such as interrogatories, requests for admission, and requests for production of documents—shall be served by the parties on each other pursuant to the Federal Rules of Civil Procedure and Local Rules. (Doc. 27 at 1-2.)

///

///

Discovery requests shall *not* be filed with the Court, unless the requests or responses to the requests are at issue, such as in a motion to compel. *See* Local Rules 250.2(c), 250.3(c), 250.4(c); *see also* Fed. R. Civ. P. 37(a).

IT IS SO ORDERED.

Dated:  **June 23, 2020**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE