UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>    Plaintiff,<br><br>  v.<br><br>H. TATE; M. TOSCANO,<br><br>    Defendants. | Case No. 1:19-cv-00843-AWI-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 32) |

    Defendants seek to modify the Court's discovery and scheduling order (Doc. 27) to extend the discovery and dispositive motion deadlines by 60 days. (Doc. 32.) The current deadlines are October 28 and December 28, 2020, respectively. (Doc. 27 at 3.) Upon review of Defendants' motion, including counsel's declaration, the Court finds good cause to grant the request. Accordingly, the Court GRANTS Defendants' motion and sets the following new deadlines:

1. The deadline to complete discovery, including filing motions to compel, is **December 28, 2020**; and,

2. The deadline to file pretrial dispositive motions is **February 26, 2021**.

All other deadlines remain in effect.

IT IS SO ORDERED.

    Dated: __**October 15, 2020**__              __**/s/ Jennifer L. Thurston**__
                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28