UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. SNOWDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. TATE; M. TOSCANO,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00843-AWI-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 46) |

Plaintiff Daniel L. Snowden is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Defendants' motion for summary judgment on all claims asserted by Plaintiff be granted in favor of Defendants Tate and Toscano. (Doc. 46.) Plaintiff was afforded 14 days within which to file objections. (*Id.* at 23.) Although more than 14 days passed in the absence of a request for any extension of time, Plaintiff filed objections to the magistrate judge's findings and recommendations on November 21, 2022. (Doc. 47.) Defendants filed a reply to Plaintiff's objections on December 5, 2022. (Doc. 48.)

//

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections and Defendants' reply, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on October 25, 2022 (Doc. 46) are ADOPTED in full;
2. Defendants' motion for summary judgment (Doc. 34) is GRANTED in favor of Defendants Tate and Toscano on all claims asserted by Plaintiff;
3. Judgment is entered in favor of Defendants Tate and Toscano;
4. Plaintiff's pending motion (Doc. 36) is DENIED as moot; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 7, 2022                              _____
                                                                            SENIOR DISTRICT JUDGE